No. 73–1084. RYNERSON *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1267. MICHAEL S. *v.* CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1009. HAYDEN, STONE INC. ET AL. *v.* PIANTES ET AL. Sup. Ct. Utah. Certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).

No. 73–6251. PRUETT *v.* FIRST NATIONAL BANK OF NEVADA. Sup. Ct. Nev. Certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).